**Dwight ALEXANDER, Appellant,**

v.

**BAYVIEW LOAN SERVICING, LLC, Appellee.**

No. 11–1615.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 7, 2011.

Filed: Nov. 16, 2011.

Dwight Alexander, Little Rock, AR, pro se.

Angela M. Martin, Wilson & Associates, Little Rock, AR, for Appellee.

1. The Honorable David Laro, United States Tax Court Judge.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Dwight Alexander appeals the district court's [1] dismissal without prejudice of his civil action. Because Alexander's timely motions to vacate remain pending in the district court, his notice of appeal is not yet effective. *See* Fed. R.App. P. 4(a)(4)(B)(i). Accordingly, we dismiss this appeal for lack of jurisdiction, without prejudice to appellant's timely filing of a new notice of appeal after the district court rules on his pending motions. *See Parkus v. Delo*, 985 F.2d 425, 426 (8th Cir.1993). We deny as moot Alexander's motion to supplement the record on appeal.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.